**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION**

IN RE:

| | |
|---|---|
| Christopher B. Chambers | File No.: DK 08-05284 |
| | Chapter 11 |
| | Hon. Scott W. Dales |
| _____Debtor_____/ | Filed: June 6, 2008 |

**APPLICATION FOR ENTRY OF FINAL DECREE**

    NOW COMES Christopher B. Chambers (Debtor) by and through his attorneys DeMOTT & VAN ELK, P.C., and for his Application for Entry of a Final Decree says as follows:

    1.    That on June 6, 2008, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

    2.    That the final report and account has been filed in this case and is attached hereto.

    3.    That administrative expenses have been paid by the Debtor pursuant to the Plan except for attorney's fees which the attorneys have agreed with the Debtor to take through continued payments.

    4.    That although payments to creditors remain to be paid pursuant to the confirmed Plan, substantial consummation of the Plan has occurred.

WHEREFORE the Debtors Pray this Honorable Court for the following relief:

    1.    That this Court enter a final Decree, pursuant to Bankruptcy Rule 3022, closing this estate; and

    2.    That this Court grant such other relief as it finds just and equitable.

                                                    DeMOTT & VAN ELK, P.C.
                                                     Attorneys for Debtor

Dated: April 20, 2012                    By:      /s/_____
                                                                 John M. Van Elk (P52754)

ADDRESS:
1244 Lincoln Road
Allegan, MI 49010
(269) 686-8330