UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

IN RE:

Christopher B. Chambers

File No.: DK 08-05284
Chapter 11
Hon. Scott W. Dales
Filed: June 6, 2008

               Debtor    /

## STIPULATED APPLICATION FOR ENTRY OF FINAL DECREE AND REQUEST FOR DISCHARGE

NOW COMES Christopher B. Chambers (Debtor) by and through his attorneys DeMOTT & VAN ELK, P.C., and for his Amended Application for Entry of a Final Decree says as follows:

1. That on June 6, 2008, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

2. On May 13, 2010, the Court entered an Order confirming the Debtors Chapter 11 Plan of reorganization.

3. On September 25, 2012, the Court entered an Order of Final Decree in this case.

4. That the Debtor amended his plan in April of 2013 in order to provide for a payoff of the obligation pursuant to the plan.

5. That the court held a hearing on the Debtor's motion on May 29, 2013, duly noticed and served on the matrix regarding the amended plan. On May 30, 2013, the Court entered its Order Approving the Amended Plan.

6. That no creditor in this matter chose to appear or object to the amended plan.

7. That the amended final report and account has been filed in this case and is attached hereto.

8. That administrative expenses have been paid by the Debtor pursuant to the Plan except for attorney's fees which the attorneys have agreed with the Debtor to take through continued payments.

9. That all payments to creditors have been made and consummation of the Plan has occurred.

10. Both Creditors (United States Trustee and Christopher Helm) in this matter have been paid in full. Attached is a copy of the cashier's check tendered to Creditor Christopher Helm for the final payoff as Exhibit A.

WHEREFORE the Debtor prays this Honorable Court for the following relief:

1. That this Court enter a final Decree, pursuant to Bankruptcy Rule 3022, closing this estate; and

2. That this Court provide a discharge of all Debts provided for in this Bankruptcy Case pursuant to the Plan;

3. That this Court grant such other relief as it finds just and equitable.

                                          DeMOTT & VAN ELK, P.C.
                                          Attorneys for Debtor

Dated: September 25, 2013          By:    /s/
                                          John M. Van Elk (P52754)

ADDRESS:
1244 Lincoln Road
Allegan, MI 49010
(269) 686-8330

                                          DANIEL McDERMOTT
                                          U.S. TRUSTEE

Dated: 9-26-13                    By: /s/
                                            Dean Rietberg (P38872)
                                            Attorney for U.S. Trustee