UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:

CHRISTOPHER B. CHAMBERS                    Case No. DK08-05284
                                           Chapter 11
                                           Filed June 6, 2008
_____Debtor_____/          Hon. Scott W. Dales

## AMENDED ORDER FOR ENTRY OF FINAL DECREE AND DISCHARGE

**THIS MATTER** having come to be heard upon the Debtor's Application for Entry of a Final Decree containing the provisions in conformity with Bankruptcy Rule 3022; and it appearing that the Amended Plan of Reorganization has been substantially consummated and that there is no class of creditors or administration expenses which have not been paid according to the Plan and due deliberation thereon,

**IT IS THEREFORE ORDERED AND ADJUDGED:**

1. That except as provided in 11 U.S.C. §1141(d)(2) and (d)(3), the provisions of the confirmed plan bind the Debtor, any entity acquiring property under the Plan, and any creditor or other party in interest of the Debtor, a whether or not the claim or interest of such creditor or party in interest is impaired under the Plan, and whether or not such creditor or party in interest has accepted the Plan;

2. That except as otherwise provided in the Plan all property of the estate is vested in the Debtor;

3. That except as otherwise provided in the Plan or the Order Confirming the Plan, all property dealt with by the Plan is free and clear of all claims and interests of creditors or party in interest of the Debtor;

4. That pursuant to 11 U.S.C.§1141(d)(5) the Debtor is granted a discharge of all debts provided for in this case. All creditors of, claimants against, and any persons having or claiming interests of any nature whatsoever in the property and assets of the Debtor **HEREBY ARE DISCHARGED** from pursuing or attempting to act against the Debtor or his property, on account of or based upon any right, claim, or interest which any such creditors, claimant or other person may have had on the date of the filing of the

Debtor's Chapter 11 bankruptcy proceedings, except with respect to claims, rights of interest as set forth in the Plan.

5. That the estate of Christopher B. Chambers **SHALL BE AND HEREBY IS CLOSED.**

6. That service of this order shall be made by the Clerk of the Bankruptcy Court upon the Debtor, all taxing authorities and the United States Trustee and the mailing matrix.

Approved as to Form:

Dated: _____8/30/2013_____

CHRISTOPHER CHAMBERS
CHAPTER 11 DEBTOR

By: _____/s/_____
John M. Van Elk (P52754)
Attorney for Debtor

CLIFFORD JAY WHITE III
EXEC. OFFICE U.S. TRUSTEE

Dated: __9-26-13__

By: _____
Dean Rietberg (P38872)
Attorney for U.S. Trustee

END OF ORDER

This document prepared by:
DeMott & Van Elk, P.C.
1244 Lincoln Road
Allegan, MI 49010
(269) 686-8330